**The Dolgoff Plan™ Corporation** Est. 1971
7764 NW 70th Way ~ Parkland, Florida 33067
Tel. (954) 346-4007 ~ Fax (954) 346-4008



## Marketing and Confidentiality Agreement

I, _K Kenner French_, the undersigned, hereby agree that upon being shown, explained or given the material and information pertaining to a proprietary program known as The Dolgoff Plan that I shall not use, hand out, provide or discuss any of the material and/or information for any presentation, distribution, promotion or sale of The Dolgoff Plan to anyone, including any associates, without being in the presence of a qualified representative of The Dolgoff Plan Corporation or receiving written permission to do so. It is understood and agreed to that I hold in strict confidence any and all confidential information disclosed to me and that all confidential information shall be used for evaluation and compliance only. It is also understood and agreed that the program shown to me may not be comprised of information which, by themselves separately, would not be considered proprietary or exclusively known by the person disclosing this information, but rather it is the usefulness and value of the application timing, sequencing and/or a combination of the various components of the separate financial vehicles put together using tax codes and methods which are attributable to the proprietary nature of the program.

I hereby confirm that I am presently licensed, or will become licensed, for whole life insurance sales with Penn Mutual and that all other insurance policy applications pertaining to any Dolgoff Plan will be submitted through the General Agency chosen by The Dolgoff Plan Corporation. I also acknowledge and confirm that I do not presently hold any securities licenses and that should I arrange for a presentation of The Dolgoff Plan, that I shall have with me a qualified registered representative with a Series 6 or 7 Securities License and that they shall be in good standing with their Broker/Dealer and with FINRA.

I accept these terms as described above. In addition, I understand that should I not abide by the rules, guidelines and restrictions as set forth in their entirety that I shall become subject to lawsuit for violation of Copyright Infringement and/or U.S. Patent laws.

Signed _____  Date _10/1/2020_

Print Name _K Kenner French_

Company _VAFISolutionsGroup.com_